1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio

6           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
7
8  Jose Daniel Castillo-Antonio,        ) Case Number _____ C-14-3229 LB
                                        )
9             Plaintiff,                )
                                        )
10 Vs.                                  )
                                        ) STIPULATION OF DISMISSAL WITH
11                                      ) PREJUDICE AND (Proposed) ORDER
   Cutting Gas #2 Groceries & Diesel, George )
12 Young, Susan Young, and Does 1 to 50 )
   inclusive,                           )
13                                      )
                                        )
14            Defendants.                )

15 Plaintiff Jose Daniel Castillo-Antonio and Defendants George Young and Susan Young, by and

16 through their respective attorneys of record, hereby stipulate as follows:

17   1. The Parties have entered into a Confidential Settlement Agreement and General Release in
18      this matter whereby they have resolved all claims and agreed to the dismissal of the above-
19      captioned action with prejudice, each party to bear their own attorney fees and costs.
20   2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.
21

22 Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

23 Attorney for Plaintiff Jose Daniel Castillo-Antonio

24 Szeto Law Group – By: Maymei Szeto, Esq. /s/ Maymei Szeto

25 Attorney for Defendants George Young and Susan Young

26

27

28

_____

STIPULATION AND ORDER OF DISMISSAL – 14-3229

-1-

[~~PROPOSED~~] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Cutting Gas #2 Groceries & Diesel et al., Case No. C-14-3229, is dismissed with prejudice, with each party to bear his or her own attorney's fees and costs.

Date: November 3, 2014

Laurel Beeler
United States Magistrate Judge